## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jill Usenicnik <br> _Debtor_ | CHAPTER 13 <br><br> BKY. NO. 16-23334 CMB |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for Wells Fargo Bank, N.A., as Trustee, on behalf of the registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-FFH1, and index same on the master mailing list.

Re: Loan # Ending In: 4586

                                            Respectfully submitted,

                                            **/s/ Joshua I. Goldman, Esquire**
                                            Joshua I. Goldman, Esquire
                                            jgoldman@kmllawgroup.com
                                            Attorney I.D. No. 205047
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            Phone: 215-825-6306
                                            Fax: 215-825-6406
                                            Attorney for Movant/Applicant