IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 16-23334 |
| | ) | |
| JILL M. USENICNIK | ) | |
| | ) | |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| JILL M. USENICNIK | ) | Related to Doc. No. 11 |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENT | ) | |
| | ) | |
| Respondent | ) | |
| _____ | ) | |

## ORDER

NOW, this 21st day of September, 2016 upon consideration of the Debtor's Motion for

Extension of Time to complete the Petition it is hereby ORDERED, ADJUDGED and

DECREED that the deadline for completion of the Petition is extended until October 3 2016.


BY THE COURT:


_____ J.
United States Bankruptcy Judge.    **dmr**


FILED
9/21/16 12:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 16-23334-CMB
Jill M. Usenicnik                                               Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2        User: amaz            Page 1 of 1          Date Rcvd: Sep 21, 2016
                            Form ID: pdf900       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2016.
db            +Jill M. Usenicnik,    240 W. Allegheny Blvd.,    Imperial, PA 15126-9775

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2016                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2016 at the address(es) listed below:
          Jeffrey T. Morris    on behalf of Debtor Jill M. Usenicnik morris@elliott-davis.com,
           jsdm4morris@juno.com
          Joshua I. Goldman    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee, on behalf of the
           registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed
           Certificates, Series 2005-FFH1 bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                          TOTAL: 5