| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jill M. Usenicnik** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–7518** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court <br> **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter  **13**   **9/7/16** |
| Case number:   **16–23334–CMB** | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                    12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jill M. Usenicnik | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 240 W. Allegheny Blvd. <br> Imperial, PA 15126 | |
| 4. | **Debtor's attorney** <br> Name and address | Jeffrey T. Morris <br> Elliott & Davis PC <br> 425 First Ave. <br> First Floor <br> Pittsburgh, PA 15219 | Contact phone 412–434–4911 ext. 34 |
| 5. | **Bankruptcy trustee** <br> Name and address | Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Contact phone 412–471–5566 |
| 6. | **Bankruptcy clerk's office** | U.S. Bankruptcy Court <br> 5414 U.S. Steel Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Hours open Monday – Friday <br> 9:00 AM – 4:30 PM <br> Contact phone 412–644–2700 <br> Date: 10/4/16 |
| | | The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. <br> **Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. | |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br>**Debtor's Photo ID and Social Security Card Must be Presented at the 341 Meeting** | **November 7, 2016 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>- a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>- a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/6/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/6/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/6/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan, a copy of which is enclosed. An initial hearing on confirmation of the plan will be conciliated by the chapter 13 trustee and will be held immediately following the meeting of creditors. Objections to the plan must be filed 7 days prior to the first date set for the meeting of creditors. Objections to holding the initial confirmation hearing immediately following the meeting of creditors must be filed 14 days prior to the first date set for the meeting of creditors. Any party filing an objection to the plan and/or the holding of an initial confirmation hearing immediately following the meeting of creditors must appear in person at the meeting of creditors.<br><br>Any continuance will be announced at the initial hearing. No other notice will be given. Parties must check the docket to ascertain the continued hearing date, time and location. Debtors and their counsel must attend.<br><br>The hearing on confirmation will be held on:<br>**11/7/16** at **03:00 PM**, Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. The debtor is required to timely make all payments to the trustee. The first payment is due (30) days after the Chapter 13 Plan has been filed. Any failure to make preconfirmation payments to the trustee may result in the dismissal of the case on the trustee's written or oral motion made prior to or at the plan confirmation hearing. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 16-23334-CMB
Jill M. Usenicnik                                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: culy              Page 1 of 2              Date Rcvd: Oct 04, 2016
                             Form ID: 309I           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2016.
db              #+Jill M. Usenicnik,    240 W. Allegheny Blvd.,    Imperial, PA 15126-9775
aty              +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                   Philadelphia, PA 19106-1541
aty               Peter J. Ashcroft,    Bernstein-Burkley, P.C.,    Suite 2200, Gulf Tower,
                   Pittsburgh, PA 15219-1900
tr               +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
14285533         +AAA Debt Recovery,    PO Box 129,    Monroeville, PA 15146-0129
14285537         +Creditech,    50 North 7th St.,    Bangor, PA 18013-1791
14294711         +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
14285542         +Midland Funding,    2365 Northside Dr., Suite 30,    San Diego, CA 92108-2709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty               E-mail/Text: morris@elliott-davis.com Oct 05 2016 02:13:52      Jeffrey T. Morris,
                   Elliott & Davis PC,    425 First Ave.,    First Floor,    Pittsburgh, PA 15219
smg               E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2016 02:14:31      Pennsylvania Dept. of Revenue,
                   Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                   Harrisburg, PA 17128-0946
ust              +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 05 2016 02:14:37
                   Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                   Pittsburgh, PA 15222-3721
cr                EDI: RECOVERYCORP.COM Oct 05 2016 01:48:00      Recovery Management Systems Corporation,
                   25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
14285534          EDI: CAPITALONE.COM Oct 05 2016 01:48:00      Capital One,    PO Box 30281,
                   Salt Lake City, UT 84130-0281
14285535         +E-mail/Text: bankruptcy@cavps.com Oct 05 2016 02:14:55      Cavalry Port,
                   500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2322
14285538          EDI: RCSFNBMARIN.COM Oct 05 2016 01:48:00      Credit One Bank,    PO Box 98873,
                   Las Vegas, NV 89193-8873
14285536         +EDI: CREDPROT.COM Oct 05 2016 01:48:00      Credit Protection Association,
                   1 Galleria Tower, Suite 2100,    13355 Noel Road,    Dallas, TX 75240-6837
14285539          EDI: HY11.COM Oct 05 2016 01:48:00      Hyundai Motor Finance Co.,    10550 Talbert Ave.,
                   Fountain Valley CA 92708-6031
14285540          EDI: JEFFERSONCAP.COM Oct 05 2016 01:48:00      Jefferson Capital System,    16 McClelland Road,
                   St. Cloud, MN 56303
14285541          EDI: CBSKOHLS.COM Oct 05 2016 01:48:00      Kohls/Capital One,    PO Box 3115,
                   Milwaukee, WI 53201-3115
14285855          EDI: RECOVERYCORP.COM Oct 05 2016 01:48:00      Recovery Management Systems Corporation,
                   25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                Duquesne Light Company
cr                Wells Fargo Bank, N.A., as Trustee, on behalf of t
14285532          In Re: Jill M.Usenicnik; No. 16-23334
14285531          MAILING MATRIX
                                                                                      TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: culy              Page 2 of 2            Date Rcvd: Oct 04, 2016
                              Form ID: 309I           Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2016 at the address(es) listed below:
              Jeffrey T. Morris    on behalf of Debtor Jill M. Usenicnik morris@elliott-davis.com,
               jsdm4morris@juno.com
              Joshua I. Goldman    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, on behalf of the
               registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed
               Certificates, Series 2005-FFH1 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```