10:00 A.M.

## PROCEEDING MEMO

**Date:** FEBRUARY 22, 2017

**In re:** JILL M. USENICNIK

**Bankruptcy No.** 16-23334 CMB
**Chapter 13**
**Doc. #19**

**Appearances:** Jeffrey T. Morris, ~~Winnecour/Pail~~/ Bedford / ~~Katz~~s
(did not appear)

**Movant(s):**

**Respondent(s):** James C. Warmbrodt

**Creditor(s):**

**Nature of Proceeding:** Contested October 3, 2016 Plan

**Additional Pleadings:** Objection to Plan by Wells Fargo Bank, N.A. (32)

**Judge's Notes:**

**Outcome:** Case dismissed without prejudice for lack of payment.

_____ Motion is GRANTED _____ Order entered

_____ Motion is DENIED _____ Order entered

_____ Motion WITHDRAWN

_____ Motion is DISMISSED _____ Order entered

_____ Reschedule for Proper Service

_____ Case DISMISSED _____ Order entered

_____ Parties to submit Order/Settlement/Stipulation by _____ days

_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)

_____ to hearing date of _____

_____ ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed:  Movant(s) brief due _____ days
Respondent(s) brief due _____ days
Trustee's brief due _____ days

FILED
2/22/17 3:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U. S. Bankruptcy Judge