**Form 309**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jill M. Usenicnik** | : | Case No. 16–23334–CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Issued Per Feb. 22, 2017 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

      ***AND NOW,*** this ***22nd day of February, 2017,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

      (1)  The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 16-23334-CMB
Jill M. Usenicnik                                               Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel          Page 1 of 2          Date Rcvd: Feb 22, 2017
                             Form ID: 309         Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2017.
db          #+Jill M. Usenicnik,   240 W. Allegheny Blvd.,   Imperial, PA 15126-9775
cr          +Peoples Natural Gas Company LLC,   Attention: Barbara Rodgers,   375 North Shore Drive,
             Pittsburgh, PA 15212-5866
14285533    +AAA Debt Recovery,   PO Box 129,   Monroeville, PA 15146-0129
14285537    +Creditech,   50 North 7th St.,   Bangor, PA 18013-1791
14294711    +MIDLAND FUNDING LLC,   PO Box 2011,   Warren, MI 48090-2011
14285542    +Midland Funding,   2365 Northside Dr., Suite 30,   San Diego, CA 92108-2709
14346925    +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
             Pittsburgh, PA 15233-1828
14360047    +Wells Fargo Bank, N.A. et al,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65450,
             Salt Lake City, UT 84165-0450


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           EDI: RECOVERYCORP.COM Feb 23 2017 01:48:00   Recovery Management Systems Corporation,
             25 S.E. Second Avenue,   Suite 1120,   Miami, FL 33131-1605
14285534     EDI: CAPITALONE.COM Feb 23 2017 01:53:00   Capital One,   PO Box 30281,
             Salt Lake City, UT 84130-0281
14335424     EDI: BL-BECKET.COM Feb 23 2017 01:53:00   Capital One NA,   c/o Becket and Lee LLP,
             PO Box 3001,   Malvern PA 19355-0701
14285535    +E-mail/Text: bankruptcy@cavps.com Feb 23 2017 01:57:09   Cavalry Port,
             500 Summit Lake Drive, Suite 400,   Valhalla, NY 10595-2322
14301440    +E-mail/Text: bankruptcy@cavps.com Feb 23 2017 01:57:08   Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
14285538     EDI: RCSFNBMARIN.COM Feb 23 2017 01:48:00   Credit One Bank,   PO Box 98873,
             Las Vegas, NV 89193-8873
14285536    +EDI: CREDPROT.COM Feb 23 2017 01:48:00   Credit Protection Association,
             1 Galleria Tower, Suite 2100,   13355 Noel Road,   Dallas, TX 75240-6837
14345603    +E-mail/Text: DQBNOTICES@BERNSTEINLAW.COM Feb 23 2017 01:57:29   Duquesne Light Company,
             c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
             Pittsburgh, PA 15219-1945
14285539     EDI: HY11.COM Feb 23 2017 01:53:00   Hyundai Motor Finance Co.,   10550 Talbert Ave.,
             Fountain Valley CA 92708-6031
14360337    +EDI: HY11.COM Feb 23 2017 01:53:00   Hyundai Capital America DBA,   Hyundai Motor Finance,
             PO Box 20809,   Fountain Valley, CA 92728-0809
14285540     EDI: JEFFERSONCAP.COM Feb 23 2017 01:53:00   Jefferson Capital System,   16 McClelland Road,
             St. Cloud, MN 56303
14337452     EDI: JEFFERSONCAP.COM Feb 23 2017 01:53:00   Jefferson Capital Systems LLC,   Po Box 7999,
             Saint Cloud Mn 56302-9617
14285541     EDI: CBSKOHLS.COM Feb 23 2017 01:48:00   Kohls/Capital One,   PO Box 3115,
             Milwaukee, WI 53201-3115
14342871     EDI: RESURGENT.COM Feb 23 2017 01:48:00   LVNV Funding, LLC its successors and assigns as,
             assignee of FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
14359470     EDI: PRA.COM Feb 23 2017 01:48:00   Portfolio Recovery Associates, LLC,   POB 12914,
             Norfolk VA 23541
14309477    +E-mail/Text: bankruptcy@progfinance.com Feb 23 2017 01:57:02   Prog Leasing,LLC,
             256 West Data Drive,   Draper, UT 84020-2315
14285855     EDI: RECOVERYCORP.COM Feb 23 2017 01:48:00   Recovery Management Systems Corporation,
             25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
14360045    +E-mail/Text: bankruptcy@firstenergycorp.com Feb 23 2017 01:56:58   West Penn Power,
             5001 NASA Blvd.,   Fairmont, WV 26554-8248
                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Duquesne Light Company
cr           Wells Fargo Bank, N.A., as Trustee, on behalf of t
14285532     In Re: Jill M.Usenicnik; No. 16-23334
14285531     MAILING MATRIX
                                                                      TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-2          User: jhel          Page 2 of 2              Date Rcvd: Feb 22, 2017
                             Form ID: 309         Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2017 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, on behalf of the
          registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed
          Certificates, Series 2005-FFH1 bkgroup@kmllawgroup.com
          Jeffrey T. Morris   on behalf of Debtor Jill M. Usenicnik morris@elliott-davis.com,
          jsdm4morris@juno.com
          Joshua I. Goldman   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee, on behalf of the
          registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed
          Certificates, Series 2005-FFH1 bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
          rive.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                    TOTAL: 7
```